IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE RICHARD-ANDREW, JR.:                No. 09-80062 CW (MISC)
TARANTINO,
                                          ORDER CLOSING CASE

_____/

    On April 2, 2009, Richard A. Tarantino, Jr., submitted to the
Clerk a document entitled "File on Demand," in which he requests
the Clerk to open a miscellaneous case "for the purpose of setting
up an evidence file for a pending case."  There is no such
procedure within the District Court.  Accordingly,

    IT IS HEREBY ORDERED that the Clerk shall close the file.
Within ten (10) days from the date of this Order, Mr. Tarantino
shall notify the Clerk of an address where a refund of the $39.00
filing fee can be mailed; otherwise, the filing fee will be
forfeited.

        4/17/09

Dated _____        _____
                                    CLAUDIA WILKEN
                                    United States District Judge

1

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

RICHARD ANDREW TARANTINO JR. et al,

                Plaintiff,

  v.

UNDETERMINED et al,

                Defendant.

_____/

Case Number: CV09-80062 CW

**CERTIFICATE OF SERVICE**

9

10

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12

13

That on April 17, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

14

15

16

Tarantino  Richard-Andrew
c/o General Post Office at Clayton
Clayton,  CA 94517

17

18

Dated: April 17, 2009

                        Richard W. Wieking, Clerk
                        By: Sheilah Cahill, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California